**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

STEPHEN C. BARNES

      vs                                                        Case No. 3:07cv294/RS/MD

MICHAEL A. DELAY, et al.

_____

**ORDER**

**"DEFENDANT KATRINA FINDLEY'S MOTION TO STRIKE" (electronically filed 1/16/2008, doc. 23)** was referred to the undersigned with the following deficiencies:

> The document does not have a proper certificate of service as required by Federal Rule of Civil Procedure 5 and Northern District of Florida Local Rule 5.1, showing proper service upon each party.  Although Local Rule 5.1(A)(6) provides that transmission of the Notice of Electronic Filing constitutes service of the filed document upon each party in the case who is registered as a Filing User and has consented to service by electronic means, the plaintiff in this case is *pro se* and is not so registered.

> The document does not have a proper Rule 7.1(B) certification.  Local Rule 7.1(B) provides that counsel for the moving party, or a party who proceeds *pro se*, shall confer with counsel for the opposing party and shall file with the court, at the time of filing a motion, a statement certifying that counsel has conferred with counsel for the opposing party (or if *pro se*, the *pro se* party) in a good-faith effort to resolve by agreement the issues raised or has attempted to so confer but, for good cause stated, was unsuccessful.  The Rule 7.1(B) certification filed with this document indicates that counsel attempted to confer with plaintiff by attempting to confer with his counsel Domonic Varrecchio; however, plaintiff is proceeding *pro se.*

For these reasons, IT IS ORDERED that:

> The document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiencies through the filing of a corrected document. The document is denied without prejudice with leave given to refile after correction.

DONE and ORDERED this 18th day of January, 2008.


/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**