IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEPHEN C. BARNES,
    Plaintiff,

vs.                                       3:07cv294/RS/MD

MICHAEL A. DELAY, et al.,
    Defendants.

## O R D E R

This cause is before the court upon the Escambia County Sheriff's Office's motion to dismiss (doc. 21). Before the court rules on this matter, the plaintiff shall be required to file a response.

Accordingly, it is ORDERED:

The plaintiff shall, within thirty (30) days from the date of this order, file a response to the defendant's motion.

DONE AND ORDERED this 22nd day of January, 2008.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE