IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEPHEN C. BARNES,
    Plaintiff,

vs.                          3:07cv294/MD

DAVID MORGAN, ESCAMBIA
COUNTY SHERIFF,
    Defendant.

---

### ORDER

    This case was originally brought as an Official Capacity claim against then Sheriff Ron McNesby. Mr. McNesby is no longer the sheriff of Escambia County. Pursuant to Fed.R.Civ.P. 25(d), Sheriff David Morgan in his official capacity as Escambia County Sheriff will be substituted as the lone remaining party defendant in this action. The clerk is directed to amend the docket to so reflect.

    DONE AND ORDERED this 4th day of February, 2009.


/s/ *Miles Davis*
    **MILES DAVIS**
    **UNITED STATES MAGISTRATE JUDGE**